Charles Schroeder, Appellant, v. John Brennan and Zippy Laboratories, Inc., Appellees.

Gen. No. 45,371.

Edward T. Howe, and Alfred M. Loeser, for appellant; Hectman, Winston & Penn, for appellee; Harve Robert Hectman, and Israel Gorinder, of counsel. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed November 21, 1951; released for publication December 6, 1951.